

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Javier Galindo Pacheco v. The State of Texas

Appellate case number:     01-14-00156-CR

Trial court case number:   1341972

Trial court:                        262nd Judicial District Court of Harris County

Appellant's court-appointed counsel filed a motion to withdraw and brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting *pro se*, has filed a motion requesting access to a copy of the appellate record for use in preparing his response to appointed counsel's brief and a 30-day extension of time to file his response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

We **grant** the motion and **order** the trial court clerk, **no later than 10 days from the date of this order**, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, **within 15 days of the date of this order**, the date upon which delivery of the record to the appellant is made.

Finally, appellant's response, if any, to his appointed counsel's brief shall be filed **within 45 days of the date of this order**.

It is so ORDERED.

Judge's signature: _/s/ Laura C. Higley
                            ☒ Acting individually      ☐ Acting for the Court

Date:  February 26, 2015